1

2

3

4

5

6

7

8

9

10

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN   9   

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        )   Case No.: SA08- 0004 MJ

12 |          Plaintiff,   )   ORDER OF DETENTION AFTER
13 |         vs.   )   HEARING
      [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14 | Heredia, Victor Manuel   )      § 3143(a)]
15 |         Defendant.   )

16

17       The defendant having been arrested in this District pursuant to a warrant issued

18 by the United States District Court for the ___District of Utah___,

19 for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20 release]; and

21       The Court having conducted a detention hearing pursuant to Federal Rule of

22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23       The Court finds that:

24 A.   (X) The defendant has not met his/her burden of establishing by clear and

25      convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26      3142(b) or (c). This finding is based on _background community_

27 _ties unknown; bail resources unknown; use of_

28 _Multiple personal identifiers; nature of_
_allegations evidence - a lack of amenability_
_to supervision; FTA history_

1

2

3   and/or

4  B.    (X) The defendant has not met his/her burden of establishing by clear and

5       convincing evidence that he/she is not likely to pose a danger to the safety of any

6       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7       finding is based on ___Criminal history record; alleged

8       recent possession of firearms_____

9

10

11

12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED: ___1|9|08_____          _____

17                            ROBERT N. BLOCK
                            UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28